Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
AMG REALTY PARTNERS, LP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 103 (AKH)
BLANCA ROBLES

                                Index No.: 07-CV-01520

                    Plaintiff(s),

                                **NOTICE OF ADOPTION OF ANSWER**
   -against-                      **TO MASTER COMPLAINT**

90 CHURCH STREET LIMITED         **ELECTRONICALLY FILED**
PARTNERSHIP, et al.,

                    Defendant(s).
-------------------------------------------------------X

PLEASE TAKE NOTICE that Defendant, AMG REALTY PARTNERS, LP, by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

WHEREFORE, the Defendant, AMG REALTY PARTNERS, LP, demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 18, 2008

> Yours etc.,
>
> McGIVNEY & KLUGER, P.C.
> Attorneys for Defendant
> AMG REALTY PARTNERS, LP
>
> By: _____
> Richard E. Leff (RL-2123)
> 80 Broad Street, 23rd Floor
> New York, New York 10004
> (212) 509-3456

TO: WORBY GRONER & NAPOLI BERN, LLP
Plaintiffs Liaison
In Re Lower Manhattan Disaster Site
Litigation
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

All Defense Counsel